**O'TOOLE FERNANDEZ WEINER VANLIEU, LLC**
60 Pompton Avenue
Verona, New Jersey 07044
(973) 239-5700
Attorneys for Defendants, Angelo Paolella, Township of Warren, Carolann Garafola, Warren Township Police Department, Russell W. Leffert, Joseph E. Cohen, Donald V. Calabrese, Rae S. Quast, Richard M. Sasso and William Stahl
Attorney of Record: Juan C. Fernandez (JF 7761)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## (TRENTON DIVISION)

| | |
|---|---|
| LAWRENCE V. RAY,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF WARREN and its Mayor CAROLANN GARAFOLA in her official capacity,<br>and<br><br>WARREN TOWNSHIP POLICE DEPARTMENT, and its Chief of Police WILLIAM STAHL, in his official capacity<br>and<br><br>LIEUTENANT RUSSELL LEFFERT, SERGEANT ANGELO PAOLELLA, OFFICER JOSEPH E. COHEN, OFFICER DONALD V. CALABRESE, OFFICER LARRY FRANK AND OFFICER RAE S. QUAST, IN THEIR INDIVIDUAL CAPACITIES AND OFFICIAL CAPACITIES AS POLICE OFFICERS IN THE TOWNSHIP OF WARREN<br>And<br><br>RICHARD M. SASSO, Judge of Warren Township Municipal Court, in his official capacity,<br><br>Defendants. | Civil Action No. 3:07-cv-02812-JAP-JJH<br><br>**CASE MANAGEMENT ORDER**<br><br>RECEIVED<br>MAY 0 9 2008<br>AT 8:30<br>WILLIAM T. WALSH<br>CLERK |

This matter having come before the Court upon Letter Application from Defense Counsel, John B. Monahan, Esq., dated May 5, 2008, requesting an extension of time for discovery deadlines due in part to defendant's counsel substitution of attorney, and the parties having agreed, and the Court having considered the positions of the parties; and good cause having been shown;

IT IS on this 8th day of May, 2008,

ORDERED THAT:

1. The fact discovery deadline is extended to July 31, 2008.

2. The Settlement Conference scheduled for June 16, 2008 will now be held on August 5, 2008 at 2:00 p.m., before the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey.

3. Motions for summary judgment shall be filed by September 26, 2008, with a return date of October 20, 2008.

4. Plaintiff is to arrange for a Pre-Trial Conference, date to be determined.

5. The defendants' opposition to plaintiff's Motion for Reconsideration of the dismissal of the claims against defendant, Richard M. Sasso shall be served and filed on or before June 4, 2008. The plaintiff's reply brief shall be served and filed on or before June 25, 2008.

6. There will be no further extensions of the discovery deadline in this case.

John J. Hughes
United States Magistrate Judge

2